# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JEWELLEAN MOORE**                                                                                      **PLAINTIFF**

**VS.**                                          **4:16-CV-00845-BRW**

**CRESENT MEDICAL CENTER,** *et al.*                                                      **DEFENDANTS**

## ORDER

Pending is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. No. 1).

Based on the complaint, the events giving rise to this case occurred in Lancaster, Texas.[1] Additionally, Plaintiff asserts that "Defendants are citizens who work/reside in the Lancaster, Texas area."[2]

Accordingly, the Clerk of the Court is directed to immediately TRANSFER this case to the United States District Court for the Northern District of Texas, Dallas Division.

IT IS SO ORDERED this 5th day of December, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See 28 U.S.C. 1391(b)(1) and (b)(2).

[2] Doc. No. 2.